UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TOTAL CAPSOURCE SOLUTIONS, LLC | § | |
| D/B/A CAPSOURCE SOLUTIONS, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 1:17-CV-1143-SS |
| | § | |
| ELAB SOLUTIONS CORPORATION, | § | |
|    Defendant. | § | |

**JOINT REPORT ON RULE 26(F)
CONFERENCE AND DISCOVERY PLAN**

TO THE HONORABLE SAM SPARKS:

Plaintiff, Total Capsource Solutions, LLC d/b/a Capsource Solutions and Defendant Elab Solutions Corporation (collectively, the "Parties") submit the following Joint Report and Discovery Plan:

1. Counsel for the Parties conducted their Rule 26(f) conference on January 17, 2018. The conference was held by telephone. Kathryn Porter attended for Plaintiff. John A. Christy attended for Defendant.

2. During the conference, counsel agreed that the Parties' respective Rule 26(a) Initial Disclosures will be served no later March 1, 2018.

3. The Parties expect to seek discovery on the merits of Plaintiff's claims, Plaintiff's alleged damages, and Defendant's defenses thereto. The Parties also expect to seek discovery on the merits of Defendant's counterclaims, Defendant's alleged damages, and Plaintiff's defenses thereto.

4. The Parties do not request any modification to the generally applicable discovery rules.

5. Counsel have agreed on deadlines required and have filed their Proposed Joint Scheduling Order. Counsel have agreed that discovery should be completed within the time frames established in their proposed Joint Scheduling Order.

        Respectfully submitted,

        **SNEED, VINE & PERRY,**
        **A Professional Corporation**
        108 East 8th Street
        Georgetown, Texas 78626
        512-930-9775 (Telephone)
        512-819-9707 (Telecopier)

        By: _____/s/ Kathryn Porter_____
        Wayne E. Sanders
        State Bar No.  24041862
        wsanders@sneedvine.com
        Kathryn W. Porter
        State Bar No. 24087592
        kporter@sneedvine.com
        EMAIL FOR FILINGS AND DISCOVERY
        ONLY:  gtwnfilings@sneedvine.com
        **ATTORNEYS FOR PLAINTIFF**

        **SCHREEDER, WHEELER & FLINT, LLP**
1100 Peachtree Street, NE Suite 800
Atlanta, GA   30309
404-681-3450 (Telephone)
404-681-1046 (Facsimile)

By: _____/s/John A. Christy_____
John A. Christy
Georgia Bar No. 125518
jchristy@swfllp.com
Sarah R. Smith
Georgia Bar No. 494404
ssmith@swfllp.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document has been served by the method indicated as set out below on this 31st day of January, 2018.

*Via Email jgasink@scottdoug.com*
John W. Gasink
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX   78701
ATTORNEY FOR DEFENDANT

*Via Email jchristy@swfllp.com*
*Via Email ssmith@swfllp.com*
John A. Christy
Sarah R. Smith
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, NE Suite 800
Atlanta, GA   30309
ATTORNEYS FOR DEFENDANT

        _____/s/Kathryn W. Porter_____
        Kathryn W. Porter